**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maria Brandon; Jerry Brandon, | CV 12-00788-PHX-FJM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Tom Liddy; Stacy Liddy; Rocky Armfield; Chris Armfield; Maricopa County; Sandi Wilson; Paul Wilson; John Does I-V, | |
| Defendants. | |

We have before us defendants Chris and Rocky Armfield ("the Armfields") and Maricopa County's motion to strike allegations under Rule 12(f) (doc. 11) and plaintiffs' response (doc. 20). We also have before us defendants Tom and Stacy Liddy's ("the Liddys") motion to strike paragraphs in plaintiffs' complaint (doc. 14). Next, we have the Liddys' motion to dismiss counts V, VI, and VIII (doc. 15). In addition, we have the Armfields and Maricopa County's motion to amend their motion to dismiss (doc. 16), as well as their amended motion to dismiss counts II, III, V, VI, and VIII (doc. 17), and plaintiffs' response (doc. 21).

This action arises from the termination of Maria Brandon's employment. The first Rule 12, Fed. R. Civ. P. motion in this action was filed on May 18, 2012 (doc. 11). Plaintiffs filed their first amended complaint on June 7, 2012 (doc. 22).

1  A party may amend her pleading once as a matter of course within twenty-one days
2 after service of a motion under Rule 12(b), 12(e), or 12(f). Fed. R. Civ. P. 15(a)(1)(B). An
3 amended complaint supercedes the original complaint. <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258,
4 1262 (9th Cir. 1992). Because plaintiffs' amendment was timely, this action is now
5 proceeding under the first amended complaint and all pending motions are rendered moot.

6  Accordingly, **IT IS ORDERED DENYING** the Armfields and Maricopa County's
7 motion to strike allegations in plaintiff's [sic] pleadings (doc. 11). **IT IS ORDERED**
8 **DENYING** the Liddys' motion to strike (doc. 14). **IT IS ORDERED DENYING** the
9 Liddys' motion to dismiss (doc. 15). **IT IS ORDERED DENYING** the Armfields and
10 Maricopa County's motion to amend their motion to dismiss (doc. 16). **IT IS ORDERED**
11 **DENYING** the Armfields and Maricopa County's amended motion to dismiss (doc. 17). All
12 motions are denied on grounds of mootness.

13  DATED this 8th day of June, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -